## McCONNELL *v.* GOLDEN.

HINES, J. 1. The chancellor did not err in granting an interlocutory injunction in this case.

2. Nor did the court below err in not requiring the plaintiff to give bond to preserve and protect the rights of the defendant until the judgment

of this court could be had upon the order granting such injunction, no bond being necessary for this purpose. Civil Code (1910), § 5502.

*Judgment affirmed. All the Justices concur.*

No. 4676. MARCH 13, 1925.

Injunction. Before Judge Meldrim. Chatham superior court. November 21, 1924.

*Don. H. Clark,* for plaintiff in error. *William M. Farr,* contra.